**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the matter of: | : | Case No. 09-50768 |
| | : | Chapter 7 (Judge Caldwell) |
| Michael S. Dayne | : | |

**NOTICE TO THE CLERK OF UNCLAIMED AND SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.87 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The names(s) and addresses for the parties entitled to those unclaimed dividends are:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Blake Kellum, MD<br>RBC, Inc.<br>PO Box 1548<br>Mansfield, OH  44901 | 7 | $2.87 |

Total Unclaimed/Small              Total Unclaimed
Dividends $25.00 or under          Dividends Over $25.00

$2.87                                            $0.00

Dated: 2/8/2010                              /s/ Susan L. Rhiel
                                                     Case Trustee